```
                              FILED
                           SEP  3 2008
                       CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
                     BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2958-WQH |
| Plaintiff, | |
| v. | INFORMATION |
| NAVIN NITH, | Count One: 18 U.S.C. §§ 371, 2, 1167(b), 1952, 2314, and 2315. |
| Defendant. | |

The United States Attorney charges:

Count One

1. Between in or about the middle of 2003 through in or about January 2004, Defendant NAVIN NITH was a member of the Tran Organization, a criminal enterprise, based in the Southern District of California and elsewhere, whose members and associates engaged in criminal activities involving theft of large amounts of money from casinos and gaming establishments through a card-cheating scheme;

2. Between in or about the middle of 2003 through in or about January 2004, Defendant NAVIN NITH did knowingly, willfully, and unlawfully conspire, confederate and agree with other persons known and unknown, including other members of the Tran Organization, to commit the following crimes against the United States:

//

1    A.   To abstract, purloin, and willfully misapply, and take and carry away with intent to steal, money, funds, assets and other property of a value in excess of one thousand dollars ($1,000) belonging to a gaming establishment operated by and for, and licensed by an Indian Tribe pursuant to an ordinance and resolution approved by the National Indian Gaming Commission; in violation of Title 18, United States Code, Section 1167(b);

     B.   To travel and cause travel in interstate and foreign commerce, and use a facility in interstate and foreign commerce, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of unlawful activity, to wit:  a business enterprise involving gambling, and bribery, in violation of the laws of the State of Washington, and thereafter perform and attempt to perform said unlawful activity, in violation of Title 18, United States Code, Section 1952;

     C.   To transport, transmit, and transfer in interstate and foreign commerce goods, wares, merchandise, securities, and money of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314;

     D.   To receive, possess, conceal, store, barter, sell, and dispose of goods, wares, and merchandise, securities, and money, of the value of $5,000 and more, which crossed a State and United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Sections 2315; and

     3.   One of the members of the Tran Organization performed at least one overt act for the purpose of carrying out the conspiracy.

All in violation of Title 18, United States Code, Sections 371 and 2.

Date: 9/3/08

KAREN P. HEWITT
United States Attorney

ROBERT S. TULLY
Special Assistant U.S. Attorney
Southern District of California U.S. Attorney's Office
Trial Attorney, U.S. Department of Justice

*/s/ Joseph Wheatley*

JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney,
Southern District of California U.S. Attorney's Office
Trial Attorney, U.S. Department of Justice

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Criminal Case No._____