AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

NAVIN NITH

WAIVER OF INDICTMENT

**FILED**
SEP 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08cr2958-WQH

I, NAVIN NITH, the above named defendant, who is accused of

Count One of an Information–A violation of Title 18, United States Code, Sections 371 and 2; namely conspiracy to commit violations of Title 18, United States Code, Sections 1167(b), 1952, 2314 and 2315;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court, on 9-3-08, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

NAVIN NITH
Defendant

FRANK BALISTRIERI
Counsel for Defendant

Before _____
JUDICIAL OFFICER