| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2958-WQH |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | NOTICE OF APPEARANCE |
|  | ) | |
| NAVIN NITH, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

//

//

1  Effective this date, the following attorneys are no longer associated with this case and
2  should not receive any further Notices of Electronic Filings relating to activity in this case (if the
3  generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):
5  <u>Name</u>
6  None
7
8  Please call me if you have any questions about this notice.
9  DATED: September 4, 2008.
10
11                              Respectfully submitted,
12                              KAREN P. HEWITT
                                United States Attorney
13
14                              s/ Joseph K. Wheatley
                                _____
15                              JOSEPH K. WHEATLEY
                                Special Assistant United States Attorney
16                              Trial Attorney, U.S. Department of Justice
                                Attorneys for Plaintiff
17                              United States of America
18
19
20
21
22
23
24
25
26
27
28                              2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2958-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| NAVIN NITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.     Frank Balistrieri; 185 West F Street; Suite 100; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.     None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008.

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY