| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2958-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| NAVIN NITH, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. Phuong Quoc Truong, et al.</u>, Criminal Case No. 07-CR-1312-JAH. Pursuant to a signed Plea Agreement, both parties agree that this case is related to Criminal Case No. 07-CR-1312-JAH, because the defendant's case is a part of the conspiracy alleged in Criminal Case No. 07-CR-1312-JAH. Both parties further agree that the government would file a Notice of Related Case with the Court to that effect. On this same date, the government and the defendant filed a Joint Motion Regarding Notice of Related Case, to accompany this Notice of Related Case.

DATED: September 5, 2008.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-2958-WQH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| NAVIN NITH, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.      Frank Balistrieri; 185 West F Street; Suite 100; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.      None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008.

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY