| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
| | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2958-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION REGARDING |
| | ) | NOTICE OF RELATED CASE |
| NAVIN NITH, | ) | |
| Defendant. | ) | |

The UNITED STATES and Frank Balistrieri, Attorney for NAVIN NITH, hereby file this Joint Motion Regarding Notice of Related Case. Both parties respectfully move the Court to take notice that the above-entitled case is related to United States v. Phuong Quoc Truong, et al., Criminal Case No. 07-CR-1312-JAH. Pursuant to a signed Plea Agreement, both parties agree that this case is related to Criminal Case No. 07-CR-1312-JAH, because the defendant's case is a part of the conspiracy alleged in Criminal Case No. 07-CR-1312-JAH. Both parties further agree that the government would file a Notice of Related Case, which is being filed contemporaneously.

DATED: September 5, 2008.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice

s/ (with authorization)
FRANK BALISTRIERI
Attorney for NAVIN NITH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2958-WQH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| NAVIN NITH, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **JOINT MOTION REGARDING NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.      Frank Balistrieri; 185 West F Street; Suite 100; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.      None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008.

                                                            s/ Joseph K. Wheatley
                                                            JOSEPH K. WHEATLEY